Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: MRobles@shookandstone.com

Attorneys for Plaintiff
Harold L. Mawyer

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD L. MAWYER, | Case No.: 2:25-cv-01484-DJA |
| Plaintiff, | STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF AND [~~PROPOSED~~] ORDER |
| vs. | (FIRST REQUEST) |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE DANIEL J. ALBREGTS, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff Harold L. Mawyer and Frank Bisignano, Commissioner of Social Security, by and through their undersigned attorneys, stipulate, subject to this

1  Court's approval, to extend the time in which Plaintiff must file his brief for a
2  period of 28 days from December 17, 2025 to January 14, 2026, with all
3  subsequent deadlines as per the Supplemental Rules for Social Security Actions
4  under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended
5  accordingly.
6      This is Plaintiff's first request for an extension in this matter.  With the
7  lifting of the stay in this district court, counsel has experienced a significant
8  increase in briefing deadlines bottlenecking into a short timeframe.  This matter is
9  also unusually complex with a disability period of now approximately 15 years
10  with a voluminous record and complex procedural history.  On behalf of counsel
11  ///
12  ///
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///

for plaintiff, the parties respectfully request the granting of this request for the proper briefing of this matter.

DATE: December 17, 2025    Respectfully submitted,

                       LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                       /s/ *Marc V. Kalagian*[1]

BY: _____
     Marc V. Kalagian
     Attorney for plaintiff Harold L. Mawyer

DATE: December 17, 2025    SIGAL CHATTAH
                                United States Attorney

                                /s/ *Angela Thornton-Millard*

                          BY: _____

                              Angela Thornton-Millard
                              Special Assistant United States Attorney
                              |*authorized by e-mail|

**ORDER**

IT IS SO ORDERED.

DATED: 12/18/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.